[THE STATE EX REL.] CLARK, APPELLEE, *v.* DEVERY, ACTING ADMR.; INDUSTRIAL COMMISSION OF OHIO, APPELLANT.

[Cite as *State ex rel. Clark v. Devery* (1998), 82 Ohio St.3d 378.]

(No. 95–2316—Submitted May 26, 1998—Decided July 22, 1998.)

*Zwick Law Offices Co., L.P.A.,* and *James P. Proctor,* for appellee.

*Betty D. Montgomery,* Attorney General, and *Craigg E. Gould,* Assistant Attorney General, for appellant.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., dissents.